**MEMO ENDORSED**

# THE LAW OFFICE OF MATTHEW GALLUZZO PLLC

11 BROADWAY, SUITE 715    NEW YORK, NEW YORK 10004
Tel. (212) 344-5180    www.criminal-defense.nyc

May 26, 2020

The Honorable Andrew L. Carter, Jr.
U.S. District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007
<u>VIA ECF</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/20

Re:    *United States v. Dennis McDonald*, et. al, 19-cr-828 (ALC)

Dear Judge Carter,

    I am CJA counsel to Dennis McDonald in the above-captioned matter. My client is currently confined to his home pursuant to a bail package agreed-to last month. I write now to respectfully request a modification of the terms of his release. Specifically, my client would like to transfer his place of residence to the apartment of his girlfriend, located at 497 East 156th Street, Bronx, New York, 10455. My client's supervising officer is aware of this application and has no objection, and I have consulted with one of my counterparts in the government and he has no objection either.

Respectfully submitted,

_____/s/_____

Matthew Galluzzo

Counsel for Dennis McDonald

Cc:

AUSA Ryan B. Finkel

AUSA Mary Elizabeth Bracewell

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE    6/4/20