**MEMO ENDORSED**



THE LAW OFFICE OF

# MATTHEW GALLUZZO
PLLC

11 BROADWAY, SUITE 715   NEW YORK, NEW YORK 10004
Tel. (212) 344-5180   www.criminal-defense.nyc

June 3, 2021

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/25/21__

Hon. Andrew L. Carter, Jr.
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   Defendant Dennis McDonald's Request for New Counsel
      *United States v. Johnson, et. al.*, 19-Cr-828(ALC)

Dear Judge Carter,

I am CJA counsel to defendant Dennis McDonald on the above-captioned indictment.

Mr. McDonald has requested that I be removed from his case and that new counsel be substituted. I concur in the request, because communication between us has been strained and unproductive for a long time. I believe it is in the best interest of Mr. McDonald that he have a new lawyer whose honest advice and approach to the issues will be seriously considered.

I therefore respectfully join in Mr. McDonald's request and ask that the Court appoint new counsel as soon as possible. Thank you.

Sincerely,

*/s/    Matthew Galluzzo*

_____

Matthew Galluzzo, Esq.

CC:

AUSA Ryan Finkel

AUSA Celia Cohen

**VIA ECF**

A status conference is set for 6/29/21 at 12:30 p.m.
as to Defendant Dennis Mc Donald only.
So Ordered.

6/25/21