UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:_____
DATE FILED: 6-29-21

------------------------------------x
UNITED STATES OF AMERICA :
    -against- :
    Dennis McDonald :
------------------------------------x

**ORDER**

19CR828(ALC)
Docket #

Andrew L. Carter, Jr., **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney assigned to this case Matthew Galluzzo is hereby ordered substituted
Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to Richard Rosenberg, NUNC-PRO-TUNC _____.
Attorney's Name

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 29, 2021
      New York, New York