USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/10/22__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -against-

DENNIS MC DONALD,

------------------------------------------------------------X

19 Cr. 828 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

Today's sentencing is rescheduled to **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
      March 10, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE